11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Memorial Park Medical Center, Inc.,    * From the 35th District
Court of Brown County,
Trial Court No. CV0904121

Vs. No. 11-11-00159-CV          * June 27, 2013

John Green,                 * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is affirmed in part and, conditioned on remittitur, modified in part. We suggest a remittitur in the amount of $700. If the remittitur is not filed by July 17, 2013, the trial court's judgment will be reversed, and the cause will be remanded to the trial court for a new trial. The costs incurred by reason of this appeal are taxed against Memorial Park.